UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America | ) |
| | ) |
| v. | )   USDC No. 22-cr--41-01 (APM) |
| | ) |
| Paul Lee Seymour, Jr.,   *defendant*. | ) |

NOTICE
(WAIVER OF IN-PERSON SENTENCING HEARING)

THE COURT WILL PLEASE NOTE defendant's written waiver of his right to an in-person sentencing hearing, attached as an Exhibit, pursuant to Fed.R.Crim.Proc. 43(b). It is the defendant's wish to appear remotely, by videoteleconference (VTC), for the hearing.

This notice is,

Respectfully submitted,

*Nathan I. Silver*

NATHAN I. SILVER, ESQ.
D.C. Bar No. 944314
6300 Orchid Drive, Bethesda, MD 20817
(301) 229-0189/(301) 229-3625 (fax)
Email: nisquire@aol.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this Notice has been served upon Anita Eve, Esq., United States Attorney's Office (PA), 615 Chestnut Street, Philadelphia, PA 19106, attorney of record for the United States, via ECF this 20th day of September, 2022.

__*Nathan I. Silver*_____
*Nathan I. Silver*