UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America | ) |
| | ) |
| v. | )   USDC No. 22-cr--41-01 (APM) |
| | ) |
| Paul Lee Seymour, Jr.,     *defendant*. | ) |

NOTICE
(EXHIBIT TO DEFENDANT'S SENTENCING MEMORANDUM)

THE COURT WILL PLEASE NOTE the attached exhibit, consisting of a letter from Danielle Davenport (1 page), submitted in allocution on defendant's behalf, which supplements defendant's Sentencing Memorandum (ECF Doc. 35, filed Oct. 24, 2022).

This notice is,

                                          Respectfully submitted,

                                          *Nathan I. Silver*

                                          NATHAN I. SILVER, ESQ.
                                          D.C. Bar No. 944314
                                          6300 Orchid Drive, Bethesda, MD 20817
                                          (301) 229-0189/(301) 229-3625 (fax)
                                          Email: nisquire@aol.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this Notice has been served upon Anita Eve, Esq., United States Attorney's Office (PA), 615 Chestnut Street, Philadelphia, PA 19106, attorney of record for the United States, via ECF this 1st day of November, 2022.

                                          __*Nathan I. Silver*____
                                          *Nathan I. Silver*

Danielle Davenport

To: The Honorable Judge,

    I am writing on behalf of Paul Lee Seymour Jr. I have tried beginning this letter a million and one times and every time I felt I have failed to truly dictate my words in a manner worthy enough of your time. I want to be authentic and respectful to your time. Thank you for taking the time to consider what I have to say.

    I want to begin by saying if I was asked to write a letter for this man a year ago it would read much differently. I have never witnessed the change in a person in such a small amount of time like I have with Paul. I'm his current girlfriend for going on two years and it has been far from easy. A year ago, this man was living for nobody but himself. His every decision reflected upon that no matter the consequence at the time. He has become this selfless and loving individual. When he came into my life I was going through a divorce and a single mother of three little girls. Not only was I hesitant to truly trust another man with my own heart and well being but for my girls' as well. My guard was up and my heart was shattered. Although he won't admit it, he was just a broken. At first, we did what most broken people do, hurt one another. It was hard work to get where we are today but I'd redo every step if the result were to be the same. Eventually we began to heal independently and simultaneously. We forgave, we communicated and above all else, we loved hard.

    In our time together, I have witnessed the care and love he has within himself not only with my own girls but in the lives of his nieces and nephews as well. I feel safe for the first time possibly in my life. Every fiber in my being knows everything happened to land us here. He is living with a purpose for now and is setting goals with aspiration to meet them. I remember asking him what he'd like to have in his life in the next five years early on in our relationship. He was unsure and said nobody had asked him a question like that before. Ask him that same question now and he has a reasonable answer involving a future, kids and growth.

    I'm not excusing his behaviors. Trust me, when it comes to our political beliefs we are polar opposites. I'm not asking you to ignore what happened, but I am asking for you mercy in his consequence. I believe every single choice has a consequence. If you were to sentence him today with jail time it would devastate not only me but the girls he's living with and raising with me. He's traded nights out, days full of video games and poor choices for movie nights, soccer games and family trips. The progress he's made will only continue if he's able to continue with his job, his role in this family and role in society.

Sincerely,

Danielle Davenport